891 F.2d 281
 J. Rose Corporation
v.
Ryon (Merle), Walker (Roy W.), Anderson (H.P.), Gristina
(Philip J.), Szykman (Vincent), Giannini (Vito), LeVan
(Donald), Raber (John), Steven Busterna Vitetta Group, P.C.,
White (Arthur), McKibben (Francis), Pryor (Mark), Vitetta
(Frank), Pyros & Sanderson Architects and Planners
 NO. 89-5496
 United States Court of Appeals,
Third Circuit.
 NOV 08, 1989
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.